IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Calvin Johnstun, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> USAA Casualty Insurance Company, et al., <br><br> Defendants. | No. CV-17-04641-PHX-SPL <br><br> **ORDER** |

Having reviewed the parties' stipulation,

**IT IS ORDERED** that the Stipulation to Dismiss (Doc. 25) is **granted**;

**IT IS FURTHER ORDERED** that Plaintiff Stephanie Johnstun's bad faith and punitive damages claims are **dismissed with prejudice**, with each party to bear their own costs and attorneys' fees; and

**IT IS FURTHER ORDERED** that Stephanie Johnstun is the sole remaining Plaintiff and her sole remaining claim is for breach of contract.

Dated this 5th day of July, 2018.

Honorable Steven P. Logan
United States District Judge